Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number: (619) 233-7770
Office Fax Number: (619) 297-1022

*Attorneys for Plaintiff*
Ali Sadrarhami

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI SADRARHAMI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY STUDENT LOAN FORGIVENESS,<br><br>Defendant. | **Case No.: 8:18-cv-00732-JFW-E**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 23, 2018 for filing a request for dismissal.

Respectfully submitted,

Date: August 24, 2018	**HYDE & SWIGART**

By: s/ Yana A. Hart
Yana A. Hart
*Attorneys for Plaintiff*

Date: August 24, 2018	**LAW OFFICE OF ALEXANDER W. WALLACE**

By: s/ Alexander W. Wallace
Alexander W. Wallace
*Attorneys for Defendant*