# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI SADRARHAMI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY STUDENT LOAN FORGIVENESS<br>　　　　　Defendant. | Case No: 8:18-CV-00732-JFW-E<br><br>[~~PROPOSED~~] JUDGMENT |

WHEREAS, on April 26, 2019, Plaintiff, Ali Sadrarhami filed a Notice of Motion and Motion to Enforce Settlement Agreement [Dkt 36];

WHEREAS, no opposition was filed by Defendant, Liberty Student Loan Forgiveness;

WHEREAS, on May 17, 2019, the Court granted Plaintiff's motion and ordered for Plaintiff to file a Proposed Judgment; [Dkt. 37];

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the judgment is entered in favor of Plaintiff and against Defendant in the amount of $12,500.

IT IS SO ORDERED.

Dated: May 28, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE